# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2123

_____

Christine M. Lockette

*Plaintiff - Appellant*

v.

Dr. Miracle LLC; Solo Laboratories Inc.; King Beauty Distributor Corporation

*Defendants - Appellees*

Sarah Cho

*Movant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 5, 2012
Filed: October 11, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Christine Lockette appeals the district court's[1] order dismissing her complaint for lack of subject matter jurisdiction. Upon careful de novo review, see Knutson v. City of Fargo, 600 F.3d 992, 995 (8th Cir. 2010) (dismissal for lack of subject matter jurisdiction reviewed de novo), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.